**UNITED STATES DISTRICT COURT**                                    JS-6
**CENTRAL DISTRICT OF CALIFORNIA**


**CIVIL MINUTES -- GENERAL**

Case No.    **CV 21-1859-JFW(MAAx)**                          Date:  March 25, 2022

Title:      Jami Tanihana -v- Audiology Distribution, LLC, et al.

═══════════════════════════════════════════════════════════════════

**PRESENT:**
            **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

            **Shannon Reilly**                          **None Present**
            **Courtroom Deputy**                         **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                        None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER DISMISSING ACTION WITHOUT PREJUDICE**
                                    **FOR FAILURE TO COMPLY WITH COURT ORDER**


        Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on March 23, 2021 (Docket No. 13), the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by March 24, 2022.  The parties have violated the Court's Order by failing to file any of the required Pre-Trial Documents.

        As a result of the parties' violation of the Court's Order, this action is **DISMISSED without prejudice**.  *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Pretrial Conference scheduled for April 8, 2022, the Trial scheduled for April 26, 2022, and any other dates calendared in this matter are hereby **VACATED**.

        IT IS SO ORDERED.

Initials of Deputy Clerk _sr_